```
              UNITED STATES DISTRICT COURT
               MIDDLE DISTRICT OF FLORIDA
                  JACKSONVILLE DIVISION

OHIO   NATIONAL   LIFE   ASSURANCE
CORPORATION,

                    Plaintiff,
vs.                                  Case No.  3:06-cv-290-J-33MCR

CHRISTOPHER  LANGKAU  and  ERIK  T.
CLAY,

                    Defendants.
_____/
```

**ORDER**

This cause comes before the Court pursuant to Defendant Erik T. Clay's Application to the Court for Default/Judgment Against Defendant Christopher Langkau (Doc. # 26), which was filed on June 30, 2006.  Defendant Christopher Langkau filed his Objection and Response to Motion for Default by Co-Defendant, Erik T. Clay (Doc. # 33) on July 7, 2006.

Pro se Defendant Clay seeks a Rule 55, Fed.R.Civ.P., clerk's default and default judgment against his co-defendant, Langkau. The Court denies Defendant Clay's motion.  Langkau's response to Clay's motion for default judgment indicates that Langkau and Plaintiff, Ohio National Life Assurance Corporation, entered into an agreement allowing Langkau to file his answer on or before June 15, 2006.  Langkau filed his answer on June 7, 2006.  Defendant Clay does not have standing to seek a clerk's default or default judgment against co-defendant Langkau.  Even if Clay had standing to seek a clerk's default or default judgment in this instance, the

entry of default is not a favored remedy.  As stated by the Eleventh Circuit, "Entry of judgment by default is a drastic remedy which should be used only in extreme situations, as the court has available to it a wide range of lesser sanctions." Wahl v. McIver, 773 F.2d 1169, 1174 (11th Cir. 1985).

Accordingly, it is hereby

**ORDERED, ADJUDGED,** and **DECREED:**

Defendant Erik T. Clay's Application to the Court for Default/Judgment Against Defendant Christopher Langkau (Doc. # 26) is **DENIED.**

**DONE** and **ORDERED** in Chambers in Jacksonville, Florida, this 10th day of July, 2006.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies:

All Parties of Record

-2-