```
                  UNITED STATES DISTRICT COURT
                   MIDDLE DISTRICT OF FLORIDA
                      JACKSONVILLE DIVISION
```

OHIO NATIONAL LIFE ASSURANCE CORPORATION,

           Plaintiff,

vs.                         Case No.   3:06-cv-290-J-33MCR

CHRISTOPHER LANGKAU and ERIK T. CLAY,

           Defendants.
_____/

**ORDER**

This cause comes before the Court pursuant to Claimant/Defendant Erik T. Clay's Reply to Defendant Christopher Langkau's Objections and Response to Motion for Default By Co-Defendant, Erik T. Clay. (Doc. # 37), which was filed on July 13, 2006.

Defendant Clay's reply was filed in violation of Local Rule 3.01(b), M.D. Fla., which states:

> Each party opposing any written motion or other application shall file and serve, within ten (10) days after being served with such motion or application, a brief or legal memorandum with citation of authorities in opposition to the relief requested. **No other briefs or legal memoranda directed to any such written motion shall be filed or served by any party unless requested by the Court.**

(Emphasis added)

As Defendant's reply was neither requested by this Court nor filed with leave of this Court, such unauthorized reply (Doc. # 37) is **STRICKEN**.

Accordingly, it is hereby

**ORDERED, ADJUDGED,** and **DECREED:**

Claimant/Defendant Erik T. Clay's Reply to Defendant Christopher Langkau's Objections and Response to Motion for Default By Co-Defendant, Erik T. Clay. (Doc. # 37) is **STRICKEN.**

**DONE** and **ORDERED** in chambers in Jacksonville, Florida, this 17th day of July, 2006.

_____
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies:

All Parties of Record