UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

OHIO NATIONAL LIFE ASSURANCE CORPORATION,

               Plaintiff,

vs.                                Case No. 3:06-cv-290-J-33MCR

CHRISTOPHER LANGKAU and ERIK T. CLAY,

               Defendants
_____/

**ORDER**

    This matter comes before the Court pursuant to stakeholder Ohio National's Motion to Dismiss Counterclaim of Defendant, Erik T. Clay, (Doc. # 13), filed on June 2, 2006. Claimant Clay filed a response on July 3, 2006. (Doc. # 29.)

    Clay's counterclaim can most readily be interpreted as a threat to assert in the future a counterclaim for attorney fees. Indeed, the counterclaim states, "if Clay is forced to further defend his rights . . . , and it becomes necessary to retain Counsel, he will have no choice but to sue Ohio for attorney's fees, costs, or any other relief . . . ." (Doc. # 6, p. 19.) In granting Clay the leniency due a pro se litigant, the Court interprets this as a counterclaim for attorney fees that <u>might</u> be incurred in the future.

    "A claim is not ripe for adjudication if it rests upon

1

contingent future events that may not occur as anticipated, or indeed may not occur at all." Atlanta Gas Light Co. v. Federal Energy Regulatory Comm'n, 140 F.3d 1392, 1404 (11th Cir. 1998). If Clay's counterclaim is interpreted as a claim for attorney fees that might be incurred in the future, it is clear that the claim "rests upon contingent future events." Clay's claim for attorney fees that might be incurred in the future is not ripe and must be dismissed. Because this claim may become ripe in the future, the dismissal is without prejudice.

Accordingly, it is now

**ORDERED, ADJUDGED,** and **DECREED:**

Stakeholder Ohio National's Motion to Dismiss Counterclaim of Defendant, Erik T. Clay, (Doc. # 13) is **GRANTED**. Clay's Counterclaim is dismissed without prejudice.

**DONE** and **ORDERED** in Chambers in Jacksonville, Florida, this 2d day of November, 2006.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies: All Parties and Counsel of Record