UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

OHIO NATIONAL LIFE ASSURANCE
CORPORATION,

                    Plaintiff,

vs.                                Case No. 3:06-cv-290-J-33MCR

CHRISTOPHER LANGKAU and ERIK T.
CLAY,

                    Defendants
_____/

**ORDER**

This matter comes before the Court pursuant to Plaintiff's Motion to Be Dismissed from Pending Action (Doc. # 48), filed in this interpleader action by stakeholder Ohio National on September 12, 2006. Claimant Clay and Claimant Langkau each claim entitlement to the proceeds of a life insurance policy, and these proceeds are the stake in this interpleader action. Ohio National deposited the stake into the registry of the Court, and thus has no further interest in this case. Accordingly, on November 2, 2006, the Court entered an Order dismissing Ohio National from this action. (Doc. # 52.)

Ohio National's motion also requested that each claimant be "restrained from instituting any action against OHIO NATIONAL for the recovery of the proceeds or premiums of the Policy." (Doc. # 48, at 2.) The Court interprets this as a request for an injunction forbidding the claimants from instituting a lawsuit for

1

the recovery of the proceeds or premiums of the life insurance policy in question.  "[C]ourts may enter an order relieving the [stakeholder] of further responsibility and enjoin the interpleaded defendant from bringing further action against that [stakeholder] with regard to the disputed funds." Kurland v. United States, 919 F. Supp. 419, 421 (M.D. Fla. 1996) (citing Central Bank of Tampa, 838 F. Supp. at 567.)  In its Order of November 2, the Court granted the claimants an additional ten days to respond to Ohio National's request for injunctive relief.  (Doc. # 52.)  The Court stated that, if claimants Clay and Langkau failed to respond within that additional time, the Court would enter an injunction barring claimants Clay and Langkau from instituting additional proceedings to recover the proceeds or premiums of the life insurance policy at issue.  Upon examination of the docket, the Court determines that neither claimant has filed any response.  The time for filing such a response has long expired.  Thus, the Court grants Ohio National's request for an injunction.

Accordingly, it is now

**ORDERED, ADJUDGED,** and **DECREED:**

Ohio National's request for an injunction barring the claimants in this interpleader action from instituting further lawsuits to recover the proceeds or premiums of the life insurance policy at issue is **GRANTED**.  Claimants Clay and Langkau are hereby restrained from instituting any action against Ohio National for

2

the recovery of the proceeds or premiums of the Policy.

**DONE** and **ORDERED** in Chambers in Jacksonville, Florida, this 25th day of January 2007.

_____
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies: All Parties and Counsel of Record

3