UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

OHIO NATIONAL LIFE ASSURANCE
CORPORATION,

    Plaintiff Counter-
    Defendant,

v.                                Case No. 3:06-cv-290-J-33JRK

CHRISTOPHER LANGKAU, as Personal
Representative of the Estate of
Ralph L. Langkau,

    Defendant Cross-Claimant,

ERIK T. CLAY,

    Defendant Counter-
    Claimant Cross-Defendant.
_____/

**ORDER**

This matter is before the Court pursuant to Pro Se Defendant Erik T. Clay's Motion for Prejudgment Interest on Liquidated Principal and Taxable Costs/PostJudgment Interest on Merged Single Total Sum of Prejudgment Interest/Entitlement to Damages Under Fla. Stat. 57.105 and Rule 11 (the "Motion" Doc. # 184), which was filed on July 8, 2010.

The Court strikes the Motion because it exceeds twenty-five pages in violation of Local Rule 3.01(a), M.D. Fla. Clay may file a renewed Motion, within fourteen days of the date of this Order, in compliance with the Local Rules of this Court.

Accordingly, it is

**ORDERED, ADJUDGED,** and **DECREED:**

(1) The Clerk is directed to **STRIKE** Pro Se Defendant Erik T. Clay's Motion for Prejudgment Interest on Liquidated Principal and Taxable Costs/PostJudgment Interest on Merged Single Total Sum of Prejudgment Interest/Entitlement to Damages Under Fla. Stat. 57.105 and Rule 11 (Doc. # 184).

(2) Clay may file a renewed Motion within fourteen days of the date of this Order.

**DONE** and **ORDERED** in Jacksonville, Florida, this <u>12th</u> day of July 2010.

_____
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies: All Counsel and Parties of Record