UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

OHIO NATIONAL LIFE ASSURANCE
CORPORATION,

    Plaintiff Counter-
    Defendant,

v.                                        Case No. 3:06-cv-290-J-33JRK

CHRISTOPHER LANGKAU, as Personal
Representative of the Estate of
Ralph L. Langkau,

    Defendant Cross-Claimant,

ERIK T. CLAY,

    Defendant Counter-
    Claimant Cross-Defendant.
_____/

## ORDER

This matter is before the Court pursuant to Pro Se Defendant Erik T. Clay's Motion for a Separate Order by the Court Directing the Clerk to Release and Disburse 100% of the Funds Held in the Court Registry of the Ohio National Life Insurance Policy ## 6688890 Proceeds to Erik T. Clay (the "Motion" Doc. # 183), which was filed on June 29, 2010. Christopher Langkau failed to file a response in opposition to the Motion within the time parameters of the Local Rules of the Middle District of Florida. Accordingly, on the present record, this Court considers the Motion as unopposed.

In the Motion, Clay requests an Order directing the Clerk to release the life insurance proceeds to him. The record reflects that Ohio National Life Assurance Corporation deposited $112,656.91 into the registry of the Court on June 26, 2006. Consistent with

the Court's June 25, 2010, Order finding, among other things, that "Clay is entitled to 100 percent of the life insurance proceeds from the Ohio National Life Insurance Policy #6688890" (Doc. # 182 at 5), the Court will grant the Motion.

The Clerk is directed to release the aforementioned funds held in the Court's registry, including any accrued interest, to Clay, leaving no sum on deposit.

Accordingly, it is

**ORDERED, ADJUDGED,** and **DECREED:**

(1) Pro Se Defendant Erik T. Clay's Motion for a Separate Order by the Court Directing the Clerk to Release and Disburse 100% of the Funds Held in the Court Registry of the Ohio National Life Insurance Policy ## 6688890 Proceeds to Erik T. Clay (Doc. # 183) is **GRANTED.**

(2) The Clerk is directed to relinquish the funds held the Court's registry in this case to Erik T. Clay, leaving no sum on deposit. Thereafter, the Clerk shall **CLOSE THIS CASE.**

**DONE** and **ORDERED** in Jacksonville, Florida, this <u>19th</u> day of July 2010.

<u>/s/ Virginia M. Hernandez Covington</u>
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies: All Counsel and Parties of Record